[No. 30270-1-I. Division One. April 12, 1993.]

ANGELINA GUILE, *Appellant*, v. BALLARD COMMUNITY HOSPITAL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-19773-3, Peter K. Steere, J., entered February 7, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Kennedy, J. Now published at 70 Wn. App. 18.

[No. 26805-8-I. Division One. April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWRIGHT BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00802-5, James A. Noe, J., entered July 31, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.

[No. 27265-9-I. Division One. April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL J. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00533-4, Gerald L. Knight, J., entered October 24, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.